Mark Gomez, Esq. (SBN 289164)
Susan Murphy Esq. (SBN 185335)
GOMEZ LAW, APC
3250 Wilshire Blvd., Suite 1901
Los Angeles, CA 90010
T (855) 219-3333/ F (818) 574-6730
sm@gomezlawla.com
info@gomezlawla.com

Attorney for Plaintiff,
ANTHONY GIBSON

# CALIFORNIA CENTRAL DISTRICT COURT
## RIVERSIDE CALIFORNIA – GEORGE E. BROWN JR. COURTHOUSE

| | |
|---|---|
| ANTHONY GIBSON, *an individual* <br><br> Plaintiff, <br><br> vs. <br><br> NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company and DOES 1 through 20, Inclusive; <br><br> Defendants. | Case No: 5:22-cv-02194-JGB-SHK <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING TO RESPOND TO PLAINTIFF'S COMPLAINT;[PROPSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys that Defendant NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING ("Newrez LLC") may have additional time within which to respond to Plaintiff Anthony Gibson's Complaint. Therefore, the last day for Newrez LLC to respond to the Gibson Complaint is March 10, 2023.

Good cause exists for this extension as Counsel for Defendant Newrez, LLC and Counsel for Plaintiff Anthony Gibson counsel are currently engaging in settlement communications.

This document is being electronically field through the Court's ECF system. In this regard, plaintiff's counsel hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: February 09, 2023

Respectfully submitted,

_____
Susan M. Murphy
Attorney for Plaintiff
Anthony Gibson

Dated: February 09, 2023

_____
Jonathan C. Cahill
Attorney for Defendant
Newrez, LLC