Ian A. Rambarran, Bar No. 227366
Jonathan C. Cahill, Bar No. 287260
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
irambarran@klinedinstlaw.com
jcahill@klinedinstlaw.com

Attorneys for Defendant NEWREZ LLC dba
Shellpoint Mortgage Servicing

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ANTHONY GIBSON,<br><br>            Plaintiff,<br><br>     v.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company and DOES 1 through 20, Inclusive,<br><br>            Defendants. | Case No. 5:-22-cv-02194-JGB-SHK<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING ("Defendant") provides the following statement:

Defendant is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of New Residential Investment Corporation, a Delaware corporation. New Residential Investment Corporation is publicly traded on the New York Stock Exchange under the ticker symbol NRZ.

/ / /

/ / /

1  Defendant will promptly file a supplemental disclosure statement to the extent any required
2  information changes.
3
4                                    KLINEDINST PC
5
6  DATED: January 16, 2024          By:      */s/ Jonathan C. Cahill*
7                                            Ian A. Rambarran
                                              Jonathan C. Cahill
8                                             Attorneys for Defendant NEWREZ LLC dba
                                              Shellpoint Mortgage Servicing
9
   23506380.1
10

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

# PROOF OF SERVICE

**Anthony Gibson v. NewRez LLC dba Shellpoint Mortgage Servicing**
**Case No. 5:22-cv-02194-JGB-SHK**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 801 K Street, Suite 2100, Sacramento, California 95814.

On January 16, 2024, I served true copies of the following document(s) described as **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT** on the interested parties in this action as follows:

| | |
|---|---|
| Bernard J. Kornberg, Esq.<br>Practus, LLP<br>58 West Portal Avenue, PMB 782<br>San Francisco, CA  94127 | Telephone: (341) 234-6629<br>Email:<br>bernard.kornberg@practus.com<br><br>Counsel for Plaintiff |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2024, at Sacramento, California.

*/s/ Jodie Chalmers*
Jodie Chalmers

23545269.1

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814