BERNARD J. KORNBERG (State Bar No. 252006)
bernard.kornberg@practus.com
PRACTUS, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
p: 341.234.6629

Attorneys for Anthony Gibson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GIBSON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, a Delaware Limited Liability Corporation.<br><br>    Defendants. | Case No. 5:22-cv-02194-JGB-SHK<br><br>**STIPULATION PURSUANT TO RULE 41 TO DISMISS CASE** |

Anthony Gibson ("Plaintiff") and Defendant Newrez LLC dba Shellpoint Mortgage Servicing hereby stipulate, pursuant to Federal Rule of Civil Procedure 41, to dismiss this action with prejudice.

*** SIGNATURES ON NEXT PAGE ***

---

STIPULATION TO DISMISS CASE

DATED: March 20, 2024        PRACTUS, LLP

By:    /s/ Bernard J. Kornberg
       BERNARD J. KORNBERG

Attorneys for Anthony Gibson

DATED: March 20, 2024        KLINEDINST PC

By:    /s/ Jonathan C. Cahill
       JONATHAN C. CAHILL

Attorneys for Newrez LLC dba Shellpoint Mortgage Servicing

I, Bernard J. Kornberg, hereby attest that I am a registered ECF filer, that I filed this document, and that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                             /s/ Bernard J. Kornberg